# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-0460-CV-W-DW |
| ) | |
| MARK STOVALL, DENNIS KROENKE, ) | |
| TONIS GRESS, MATT JOST, ) | |
| and TONY WINELAND, ) | |
| Defendants. ) | |

## ORDER

Before the Court is the stipulation of dismissal of Defendant Matthew Jost. (Doc. No. 142.) Both parties have signed the stipulation. Pursuant to Federal Rule of Civil Procedure 41(a), and for good cause shown, the Court dismisses with prejudice Defendant Jost from the case, with each party to bear its own fees and costs.

Defendant Matthew Jost was the sole remaining defendant in the case. This case is now closed.

IT IS SO ORDERED.

                                                                             /s/ DEAN WHIPPLE
                                                                                 Dean Whipple
                                                                    United States District Court

Date: May 25, 2005